In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-02-495 CV


____________________



MARK STEVEN ESSELMAN, Appellant



V.



NANCY N. ESSELMAN, Appellee






On Appeal from the County Court at Law No. 1


Montgomery County, Texas


Trial Cause No. 02-09-06387-CV






MEMORANDUM OPINION


 Mark Steven Esselman, appellant, and Nancy E. Esselman, appellee, filed a joint
motion to dismiss this accelerated interlocutory appeal because the issues made the basis
of this appeal have been resolved through settlement. The Court finds that the motion is
voluntarily made by the agreement prior to any decision of this Court and should be
granted. Tex. R. App. P. 42.1(a)(2).

 It is, therefore, ORDERED that the motion to dismiss be granted and the appeal is
therefore DISMISSED. All costs are assessed against the incurring party.

 PER CURIAM


Opinion Delivered March 6, 2003 

Before McKeithen, C.J., Burgess and Gaultney, JJ.